1  **DEON BEST, INDIVIDUALLY**
   **a/k/a Deon "D1" Best, dba Finish Line**
2  **Entertainment, dba Dee Mac Music**
   **C/O: PB Group**
3  **9777 Wilshire Blvd., Ste.400**
   **Beverly Hills, CA 90212**
4  **(323) 407-8900**
5  **Legalhayes@gmail.com**
   **IN PRO SE**
6

FILED

2024 NOV 12 PM 3: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ___PP___

7              **UNITED STATES DISTRICT COURT**

8                  **CENTRAL DISTRICT**

PAID

NOV 12 2024

CLERK, U.S. DISTRICT COURT
COURT 4612

9

10 | **DEON BEST, INDIVIDUALLY** | **CASE NUMBER:** |
11 | **a/k/a Deon "D1" Best, dba FINISH LINE** | |
   | **ENTERTAINMENT, dba DEE MAC MUSIC** | **2:24-cv-09751-PA (SKx)** |
12 | | **COMPLAINT FOR DAMAGES AND** |
13 | **Plaintiff,** | **INJUNCTIVE RELIEF** |
14 | | **RICO RACKETEER INFLUENCED AND** |
15 | **VS** | **ORGANIZATION ACT ("RICO") 18 U.S.C.** |
16 | | **(1) VIOLATION OF THE RICO** |
17 | **JANICE SMALLS COMBS, AN INDIVIDUAL** | **(2) AIDING AND ABETTING** |
18 | **a/k/a "Ma Dukes", dba JANICE COMBS** | |
   | **PUBLISHING, LLC, dba JANICE COMBS** | **(3) CIVIL CONSPRIACY** |
19 | **PUBLISHING HOLDINGS, INC.** | |
   | | **(4) FRAUD AND DECEIT** |
20 | | **(5) UNJUST ENRICHMENT** |
21 | **Defendant(s)** | **(6) CONVERSION** |

22

23      COMES NOW, PLAINTIFF DEON BEST, INDIVIDUALLY, to hereby file its Complaint against

24  Defendant(s) JANICE SMALLS COMBS, a/k/a "Ma Dukes", dba JANICE COMBS PUBLISHING, LLC.,

25  dba JANICE COMBS PUBLISHING HOLDINGS, INC., and DOES 1-50, inclusive (collectively

26  "Defendants").

27

28

1.

## JURISDICTIONAL ALLEGATIONS

1. This Court has federal subject matter jurisdiction over this subject matter under 28 U.S.C. § 1331, as it arises under federal law, including 18 U.S.C. § 1964 (RICO). The Court also has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367(a).

2. Venue: Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Plaintiff's claims occurred in this District, and the defendants are subject to personal jurisdiction here.

3. Personal jurisdiction exists over defendants because on information and belief, defendants conduct business in California and in the judicial district, or otherwise avail themselves of the privileges and protections of the laws of the state of California, such that this courts assertion of jurisdiction over defendants does not offend traditional notions of fair play and due process.

## SUMMARY OF ACTION

4. This is a civil action under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C §§ 1961-1968, seeking damages and injunctive relief against Defendant Janice Combs. Defendant has engaged in a pattern of racketeering activity aimed at misappropriating the intellectual property rights of Plaintiff through coercion, threats, and fraudulent schemes. Plaintiff alleges that Defendant knowingly used her influence and control in the music publishing industry to deprive Plaintiff of publishing rights and royalties, causing significant financial, irreparable and emotional harm to Plaintiff, DEON BEST, FINISH LINE ENTERTAINMENT, and DEE MAC MUSIC.

**Plaintiff reserves the right to amend this complaint to include additional defendants and bodies of work;** including but not limited to Sean "Diddy" Combs and Bad Boy Entertainment, as more information becomes available through discovery.

/

/

**PARTIES**

5.  Plaintiff, DEON BEST, an individual a/k/a Deon "D1" Best, dba Finish Line Entertainment, dba Dee
    Mac Music, is resident of Los Angeles, California

6.  Plaintiff is informed and believes that Defendant JANICE SMALLS COMBS, an individual a/k/a
    "Ma Dukes", dba Janice Combs Publishing, LLC., dba Janice Combs Publishing Holdings, INC., is
    now and was at the time of the filing of this Complaint and at all intervening times a California,
    New York, and Miami resident, and a New York business entity of unknown operating status
    throughout the U.S. with a Principal place of business located at 1440 BF 3RD FLOOR, NY. 10018.

7.  Does 1-50 Additional parties who may be responsible for or involved in the wrongful acts
    alleged herein, whose identities are presently unknown. Plaintiff will amend this complaint to
    add additional defendants when their identities and involvement are determined.

**FACTUAL BACKGROUND**

1.  Plaintiff is the rightful owner of certain music publishing rights and royalties, which have been
    wrongfully misappropriated by Defendant Janice Combs.

2.  Defendant, through her music publishing companies and in conjunction with other parties,
    engaged in coercive and fraudulent tactics to seize control of Plaintiff's publishing rights. This
    included threatening Plaintiff's business partner and misrepresenting the nature of agreements
    to obtain Plaintiff's valuable intellectual property.

3.  Upon information and belief, Defendant has used similar tactics with other artists and rights
    holders, demonstrating a pattern of behavior aimed at expanding her control over valuable
    music publishing assets.

4.  Defendant's actions have caused Plaintiff to lose substantial royalties and control over
    intellectual property, depriving Plaintiff of significant financial benefits

5.  At no lawful time, did Plaintiff, any of it's agents or  affiliates ever agree to contract,
    share, lend, relinquish, or assign any of Plaintiffs creative control, publishing,
    royalties, or intellectual property  rights to Janice Combs, Janice Combs Publishing, LLC.,
    Janice Combs Publishing Holdings Inc., agents, or it's affiliates.

6.  Plaintiff is bringing this cause based on at least one or more body of Plaintiffs creative works.

7. One body of work controlled, owned, produced and or created by Plaintiff was a single record, entitled "Come with Me", a song featured on the Godzilla soundtrack.

8. "Come with Me", along with other bodies of Plaintiffs work was at the time administered by ASCAP, American Society of Composers, Authors, and Publishers.

9. "Come with Me", featured artist, Jimmy Paige, and sampled Led Zeppelin's song "Kashmir". Jimmy Paige supplied live guitar on the single.

10. "Come with Me", became very a very popular single.

11. "Come with Me", at no lawful time was ever assigned by Plaintiff to defendant Janice Combs or her co-conspirator, Sean Combs.

12. Through research and due diligence Plaintiff is still unable to uncover the course taken by defendant to secure control over Plaintiffs body of work.

13. "Diddy" was documented by agreement as soley being "Performer" of the work.

14. All rights, publishing and ownership of the agreement solely named Plaintiff and or it's agents.

15. Plaintiff was never presented with any documentation to request Janice Combs a partner in the works.

16. Plaintiff has never agreed to assign or re-assign any control over to defendant.

17. At no lawful time did Plaintiff transfer publishing to defendant or her co-conspirator Sean Combs.

18. Plaintiff first discovered defendant(s) Janice Combs involvement in the wrongful acts on or around October 1, 2023, watching TV and a Rapper stated that Janice Combs had hijacked artist publishing.

19. Through further investigation, Plaintiff learned that he too had been harmed by the fraudulent means and concealment by which Janice Combs illegally took to obtain control over Plaintiffs body of works in order to aid and abet her son in laundering the ill-gotten gains of Defendant and others.

20. Plaintiff has suffered significant financial, irreparable and emotional harm caused by defendant(s) intentional, premeditated, malicious, willful greed to conspire with her son, Sean "Diddy" Combs, and Bad Boy Records.

21. To date the single, "Come with Me", has sold over 2 million copies.

22. Through investigators, Plaintiff has been made aware of several other unsuspecting victims of the defendant Janice Combs aiding and abetting with her son Sean Combs and Bad Boy Records to defraud artists of their publishing royalties, such as rap artist, Mason Betha, "Mase".[See Exhibit A]

23. Plaintiffs family has suffered immensely due to the Unjust Enrichment of Janice Combs and her co-conspirators from the theft of Plaintiffs body of work.

24. Plaintiff is fully aware of the continual participation of defendant Janice Combs in violating the RICO statue, and career criminal enterprise along side her king-pin son, Sean Combs.

25. Plaintiff is aware of the continual pattern of defendants participation in the scheme of raketeering, along with Sean Combs and Bad Boy Records.

26. Plaintiff has made several unsuccessful attempts to contact defendant and Sean Combs in this matter.

27. Plaintiff has no other recourse than to persue this course of action toward defendant to regain control over Plaintiffs property.

28. Plaintiff has since carried on with his life in pursuit of the American Dream.

29. Plaintiff pursued highler learning, and through a formal education, managed to acquire a few degrees in communication.

30. Plaintiff has received a full Govenors Pardon after paying a debt to society, through a lengthy prison term.

31. Plaintiff suffers from depressive, emotional states due to actions caused by defendant.

32. Plaintiff is currently undergoing extensive counseling to assist with anxiety.

33. Plaintiffs family continues to suffer emotionally alongside of him.

34. Plaintiff remains deprived of control of his rights to intellectual properties.

35. Plaintiff has seemingly lost working relationships with various industry executives and artists due to defendants cover-up of defrauding him and others.

36. Plaintiff ask for the Courts to have mercy in making this situation whole.

/
/
/
/
/
/
/

1

## FIRST CAUSE OF ACTION

2

### Violation of the Racketeer Influenced and Corrupt Organizations Act (RICO) - 18 U.S.C. § 1962(c)

3

1. Plaintiff incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

4

2. Defendant Janice Combs engaged in a pattern of racketeering activity that involved coercion,

5

fraud, and extortion, with the goal of wrongfully obtaining Plaintiff's publishing rights and royalties.

6

3. Defendant's actions are part of an enterprise involving publishing companies and other

7

individuals who participated in a coordinated scheme to defraud and harm Plaintiff and

8

potentially other artists.

9

4. Plaintiff has suffered substantial financial loss and emotional harm as a result of Defendant's conduct.

10

5. Pursuant to 18 U.S.C. § 1964(c), Plaintiff seeks treble damages, attorney's fees, and costs.

11

## SECOND CAUSE OF ACTION

12

### Aiding and Abetting

13

1. Plaintiff incorporates by reference each of the foregoing paragraphs as if fully set forth herein

14

2 Defendant Janice Combs knowingly and willingly aided and abetted Sean "Diddy" Combs and/or

15

Bad Boy Entertainment in engaging in a scheme to wrongfully obtain Plaintiff's publishing rights

16

and royalties.

17

3. Defendant Janice Combs knew of the wrongful conduct and provided substantial assistance to

18

ensure its success, including threatening or coercing individuals connected to Plaintiff's business

19

and concealing the true nature of her actions to induce Plaintiff's compliance.

20

4. As a result of Defendant's substantial assistance and support in furthering these wrongful acts,

21

Plaintiff has suffered significant financial harm and loss of intellectual property.

22

5. Plaintiff seeks compensatory and punitive damages as well as other appropriate relief for

23

Defendant's role in aiding and abetting the wrongful actions.

24

## THIRD CAUSE OF ACTION

25

### Civil Conspiracy

26

1. Plaintiff incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

27

2. Defendant Janice Combs, along with others, including but not limited to Sean "Diddy" Combs

28

and Bad Boy Entertainment, entered into an agreement and acted in concert to commit

wrongful acts against Plaintiff, including but not limited to fraud, coercion, and misappropriation of Plaintiff's publishing rights.

3. Defendant Janice Combs and her co-conspirators acted with the shared intent to deprive Plaintiff of rightful ownership and financial benefits from Plaintiff's intellectual property.

4. In furtherance of the conspiracy, Defendant Janice Combs and her co-conspirators committed overt acts, including the use of threats, deceit, and coercion, to induce Plaintiff or Plaintiff's associates to transfer Plaintiff's valuable publishing rights.

5. As a direct and proximate result of the civil conspiracy, Plaintiff has suffered significant financial losses and harm.

6. Plaintiff seeks compensatory and punitive damages for the harm caused by Defendant's participation in the civil conspiracy.

### FOURTH CAUSE OF ACTION

#### Fraud and Deceit

1. Plaintiff incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

2. Defendant knowingly misrepresented material facts regarding Plaintiff's publishing rights, intending to deceive Plaintiff and induce Plaintiff's business partner to transfer those rights without Plaintiff's consent.

3. Plaintiff reasonably relied on Defendant's representations and was unaware of the fraudulent conduct, resulting in significant financial and emotional harm.

4. Plaintiff seeks compensatory and punitive damages.

### FIFTH CAUSE OF ACTION

#### Unjust Enrichment

1. Plaintiff incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

2. Defendant Janice Combs has wrongfully received and retained financial benefits, including royalties and income, derived from Plaintiff's publishing rights and intellectual property without Plaintiff's consent.

3. Defendant's retention of these benefits is unjust, as they were obtained through coercion, fraud, and misappropriation, depriving Plaintiff of rightful ownership and income.

4. By knowingly retaining profits from Plaintiff's intellectual property, Defendant has been unjustly enriched at Plaintiff's expense.

5. Plaintiff seeks restitution of all profits and benefits that Defendant has wrongfully obtained from Plaintiff's publishing rights, as well as any additional relief the Court deems appropriate to prevent further unjust enrichment.

## SIXTH CAUSE OF ACTION

### Conversion

1. Plaintiff incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

2. Defendant wrongfully assumed control over Plaintiff's publishing rights, royalties, and other intellectual property without Plaintiff's consent.

3, Defendant's actions constitute conversion, as Plaintiff was deprived of rightful ownership and financial benefit from these assets.

4. As a result, Plaintiff has suffered and continues to suffer damages, including lost revenue and royalties.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment in favor of Plaintiff and against Defendant as follows:

1. For damages in the amount of $33,000,000.00 Thirty-Three Million dollars, and / or any amount to be proven at trial for unjust enrichment.

2, Compensatory damages, including lost royalties and other financial losses.

3. Treble damages under 18 U.S.C. § 1964(c) for violations of RICO.

4. Punitive damages for fraudulent conduct.

5. Injunctive relief prohibiting Defendant from further misappropriating Plaintiff's assets and compelling return of Plaintiff's publishing rights.

6. Attorney's fees and costs of this action.

7. Any further relief the Court deems just and proper.

/

/

/

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure,

Plaintiff, DEON BEST respectfully demands trial by jury on all

issues raised by this Complaint.

DATED:  November 12, 2024                    Respectfully submitted,

DEON BEST    IN PRO-PER

# EXHIBIT A
Pg. 11-23



P. Diddy in London in 2023. File photo by MEGA/ GC Images

# Sean 'Diddy' Combs indicted for sex trafficking and racketeering

*By* — **Larry Neumeister, Associated Press**
*By* — **Michael R. Sisak, Associated Press**

**Nation**   Sep 17, 2024 9:54 AM EST

NEW YORK (AP) — Sean "Diddy" Combs has been indicted on federal sex trafficking and racketeering charges. The indictment against the music mogul was unsealed Tuesday. He was arrested late Monday in Manhattan, roughly six months after federal authorities conducting a sex trafficking investigation raided his luxurious homes in Los Angeles and Miami.

Over the past year, Combs has been sued by people who say he subjected them to

physical or sexual abuse. He has denied many of those allegations, and his lawyer, Marc Agnifilo, said outside the courthouse Tuesday morning that Combs would plead not guilty.

Agnifilo said he didn't have details on the indictment, but that Combs knew it was coming and had relocated to New York two weeks ago in anticipation. Of Combs, he said, "His spirits are good. He's confident."

**WATCH: A look at the sex trafficking investigations surrounding music mogul Sean 'Diddy' Combs**

Combs, 54, was recognized as one of the most influential figures in hip-hop before a flood of allegations that emerged over the past year turned him into an industry pariah.

In November, his former girlfriend, the R&B singer Cassie, whose legal name is Casandra Ventura, filed a lawsuit saying he had beaten and raped her for years. She accused Combs of coercing her, and others, into unwanted sex in drug-fueled settings.

The suit was settled in one day but months later CNN aired hotel security footage showing Combs punching and kicking Cassie and throwing her on a floor. After the video aired, Combs apologized, saying, "I was disgusted when I did it."

Combs and his attorneys, however, denied similar allegations made by others in a string of lawsuits.

Douglas Wigdor, a lawyer for Cassie, said in a statement Tuesday that "neither Ms. Ventura nor I have any comment."

"We appreciate your understanding and if that changes, we will certainly let you know," he added.

A woman said Combs raped her two decades ago when she was 17. A music producer sued, saying Combs forced him to have sex with prostitutes. Another woman, April Lampros, said Combs subjected her to "terrifying sexual encounters," starting when she was a college student in 1994.

**READ MORE:** What we know about the federal raids at Sean 'Diddy' Combs' homes

The AP does not typically name people who say they have been sexually abused unless they come forward publicly, as Cassie and Lampros did.

Combs, the founder of Bad Boy Records, has gotten out of legal trouble before.

In 2001, he was acquitted of charges related to a Manhattan nightclub shooting two years earlier that injured three people. His then-protege, Shyne, was convicted of assault and other charges and served about eight years in prison.

*Associated Press writer Andrew Dalton in Los Angeles contributed to this report.*

Go Deeper

racketeering

sean combs

sex trafficking

*By* — **Larry Neumeister, Associated Press**
*By* — **Michael R. Sisak, Associated Press**



Educate your inbox

Subscribe to Here's the Deal, our politics newsletter for analysis you won't find anywhere else.

Email Address          ✉ Subscribe

   

*Sean 'Diddy' Combs indicted for sex trafficking and racketeering* first appeared on the PBS News website.

Additional Support Provided By:





Consumer
Cellular



RAYMOND JAMES



© 1996 - 2024 NewsHour Productions LLC. All Rights Reserved. Google Privacy and Terms

Support the kind of journalism done by PBS News, become a member of your local PBS station.



Following Diddy's claims that Mase owes him $3 million, the latter has shared a scathing response in which he mentioned the Bad Boy founder's mom.

In a post shared on Instagram, Mase denied Diddy's request for "receipts" on Wednesday and suggested that all his business dealings were put under Puff's mother's name, Janice Combs.

"How dare this n***a talking about he want receipts?" Mase said in the clip. "Let's start with your mother, n***a. Your mother got the receipts, n***a. Everything is in your mother's name. That's the one who's got the receipts, n***a."

After mentioning Janice, Mase went on to reference former Bad Boy signees the Notorious B.I.G., Craig Mack, and Black Rob. He suggested Diddy also



# COMPLEX



After mentioning Janice, Mase went on to reference former Bad Boy signees the Notorious B.I.G., Craig Mack, and Black Rob. He suggested Diddy also exploited those artists, all of whom have since passed away.

You need more proof, n***a? Big ain't here so Big can't give you no receipts, he dead. Craig Mack can't give you receipts, he dead," he said. "What are you talking about? Who else? Black Rob can't give you receipts, he dead. And everybody else you made sign paperwork so they can't talk about what I'm talking about. I'm the only one with guts! I'm not signing, n***a, 'cause I don't need the money."

"Today, I wanted to talk to you," he said in the clip below. "Yesterday you probably felt a certain way about the way I communicated, but I'm very unapologetic about the way I communicated 'cause I know what I said was right. Maybe you didn't like the way I said it, but I know what I said was right. And I'm gonna tell you why. If the devil can use him aggressively, then I want you to know God could use me aggressively."

Mase asserted that Diddy and his crew have made an effort to "defame" him throughout the years. "He said something, and I refuted it," he continued. "I dealt with him as aggressively as he has chosen to deal with me. ... I went through every step on how to deal with him, I dealt with him biblically... I went to him as a brother when things were not right."

18.

In his recent interview on the *Breakfast Club*, Diddy denied that he stole from Mase and suggested that the rapper owed him $3 million for an album he failed to deliver. "[It] has really tried to stain my legacy," Diddy said. "I don't like to get in just talking people's business and things like that... [but] I can't have y'all following me, because I am here to be a leader and to give some direction, if you think that I'm a scumbag that will ever steal anything—My name is Diddy, Sean Combs, I never took nothing from nobody a day in my life. All I've ever given is opportunity and more money than a person was making."

He went on to say that he only did one album with Mase, which led him to question how much money he could actually owe him. "He became a fake pastor and went and conned people," said Diddy.

19.







Overview    Lyrics    Listen

Come with me.

Source: Musixmatch

Songwriters: Jimmy Page / Sean Puffy Combs / John Bonham / Mark Curry / Robert Anthony Plant

Come With Me lyrics © Emi April Music Inc., Justin Combs Publishing Company Inc., Succubus Music Ltd., Dee Mac Music, Sons Of Einion Publishing, Flames Of Albion Music, Inc., Bonham Ip Holdings, Dee Mac Music Us

Genius
https://genius.com › Diddy-come-...

## Diddy – Come With Me Lyrics

Hear my cries, hear my call. Lend me your ears, see my fall. See my error, know my faults. Time halts, see my loss. Know I'm lacking,...

## People also ask

### What Led Zeppelin song did Puff Daddy sample?

Feedback

Wikipedia
https://en.wikipedia.org › wiki › C...

Home    Search    Saved

23.