**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON BEST, et al., | CV 24-9751 PA (SKx) |
| Plaintiff(s), | JUDGMENT OF DISMISSAL |
| v. | |
| JANICE SMALLS COMBS, et al., | |
| Defendant(s). | |

Pursuant to the Court's September 19, 2025 Minute Order granting the Motion to Dismiss filed by defendants Janice Smalls Combs, Janice Combs Publishing, LLC, and Janice Combs Publishing Holdings, Inc. (collectively "Defendants"), and dismissing the Second Amended Complaint filed Plaintiff Deon Best (also known as Deon D1 Best; doing business as Finish Line Entertainment, doing business as Dee Mac Music) ("Plaintiff") without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.   Plaintiff's federal claims asserted against Defendants under the Racketeer Influenced and Corrupt Organizations Act are dismissed with prejudice;

2.   Plaintiff's previously-asserted state law claims are dismissed without prejudice to refiling in an appropriate state court; and

      3.     Plaintiff shall take nothing, and Defendants shall recover their costs of suit.

DATED: September 19, 2025

                                                  Percy Anderson
                                      UNITED STATES DISTRICT JUDGE